IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TODD L. COOK, | ) | 4:13CV3215 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MICHAEL KENNEY, Director, and | ) | |
| DIANE SABATKA-RINE, Warden, | ) | |
| | ) | |
| Respondents. | ) | |

This matter is before the court on Petitioner's Objection (Filing No. 16) and Motion for Extension of Brief Date (Filing No. 15), and Respondents' Response to the Objection and Motion (Filing No. 17). Upon careful consideration,

IT IS ORDERED THAT:

1. Petitioner's Objection (Filing No. 16) is overruled.

2. Petitioner's Motion for Extension of Brief Date (Filing No. 15) is granted. Petitioner has until August 11, 2014, to file and serve a brief in response to Respondents' Answer and Brief.

DATED this 9th day of July, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.